JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY S. CARR | Case No.: 2:24-cv-10453-PA-MAA |
| Plaintiff, | ORDER ON STIPULATION TO REMAND CASE TO STATE COURT |
| v. | |
| MERCEDES-BENZ USA, LLC, a Limited Liability Company; and DOES 1 through 100, inclusive, | Judge: Hon. Percy Anderson |
| Defendants. | |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: December 13, 2024

_____
Percy Anderson
United States District Judge

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**